

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-13-2004

# In Re:Metro Life Ins

Precedential or Non-Precedential: Precedential

Docket No. 02-4037

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"In Re:Metro Life Ins " (2004). *2004 Decisions.* Paper 955.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/955

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

January 12, 2004

**Nos. 02-4037 & 02-4270**

In Re: Metro Life Insurance

Metropolitan Life Insurance Co., Appellant in No. 02-4037

Speros Drelles, et al., Appellants in No. 02-4270

(Western District of Pennsylvania (Pittsburgh) D.C. No. 96-mc-00179)

**Present:    AMBRO, FUENTES and GARTH, <u>Circuit Judges</u>**

Motion by Appellees/Cross-Appellants, Speros Drelles, et al.,
to Publish the Court's decision.

| | |
|---|---|
| **Argued 12/12/03** | Tonya Wyche |
| **Opinion & Judgment entered 12/24/03.** | Case Manager         267-299-4938 |

**_____ O R D E R _____**

**The foregoing** is granted.

By the Court,

**/s/   Julio M. Fuentes, Circuit Judge**

Dated:   **February 13, 2004**

LD/cc:   **B. John Pendleton, Jr., Esq.**
**Kenneth R. Behrend, Esq.**
**Leslie A. Brueckner, Esq.**